UNITED STATES DISTRICT COURT

Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk

Sheri Jones
Chief Deputy

| | |
|---|---|
| JOHN HORNBUCKLE } | |
|     Plaintiff(s) } | |
| v. } | Case Number: 5:24-CV-8006-LSC |
| } | |
| UNITED STATES OF AMERICA } | |
|     Defendant(s) } | |

### NOTICE OF REASSIGNMENT

This civil action has been reassigned to the Honorable Liles C. Burke . Please use case number 5:24-CV-8006-LCB on all subsequent pleadings.

DATED: 1/13/2025

GREER M. LYNCH, CLERK

By:   K. Miller
       Deputy Clerk

GML: kam

xc:    Judges
       Counsel