UNITED STATES OF AMERICA
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHN HORNBUCKLE,** | ) |
| | ) |
| **Petitioner,** | ) |
| v. | ) **Case No. 5:24-cv-8006-LCB** |
| | ) **(5:22-cr-78-LCB-NAD)** |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Respondent.** | ) |

## ORDER

Petitioner, John Hornbuckle, filed a "Motion to Vacate, Set Aside or Correct Sentence (2255)" on March 3, 2024. (Doc. 1). The government shall file a response to the motion within fourteen (14) days from entry of this order. The petitioner shall file a reply, if any, to respondent's response within fourteen (14) days thereafter.

**DONE** and **ORDERED** this January 27, 2025.

LILES C. BURKE
U.S. DISTRICT JUDGE