UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
660 Gallatin Street, SW
Huntsville, Alabama 35801

Official Business

BIRMINGHAM AL 350
29 JAN 2025 PM

ZIP 35801
02 7H
0001250400    JAN 27 2025
$ 000.69

FILED
2025 Feb-12 PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

John Hornbuckle
96094-509

RETURN TO SENDER

___ No Package Authorization on File

___ Incorrect or No Name/ Register Number

___ No Correspondence Approval on File

✓ Unable to locate

SECURITY
FEB 12 2024
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA