# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHN HORNBUCKLE** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 5:24-cv-8006-LCB |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

## ORDER

The Court entered an order on February 7, 2025 (Doc. 5) and mailed it to the petitioner at the address listed on the docket: Talladega Federal Correctional Institution, P.O. Box 1000, Talladega, AL 35160. On February 12, 2025, the order was returned as undeliverable. A search of the Bureau of Prisons website indicates that Mr. Hornbuckle is currently housed at a BOP facility in Pensacola. The Clerk was directed to send the order as well as all previous correspondence to that facility. Mr. Hornbuckle is hereby **ORDERED** to provide this Court with his current mailing address within 30 days of the enter date of this order. The Clerk is **DIRECTED** to mail this order to Mr. Hornbuckle at Pensacola Federal Prison Camp, 110 Raby Avenue, Pensacola, FL 32509.

**DONE** and **ORDERED** February 13, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

2