UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
660 Gallatin Street, SW
Huntsville, Alabama 35801

Official Business



NIXIE        352    DC 1            0003/15/25

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 35801491300    *2075-08069-15-27

BIRMINGHAM AL 350

13 FEB 2025 PM 3

FIRST-CLASS

FILED
2025 Mar-17 PM 01:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

US POSTAGE PITNEY BOWES

ZIP 35801
02 7H
0001250400

$ 000.69°

FEB 13 2025

John Hornbuckle
96094-509
TALLADEGA
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
TALLADEGA, AL 35160

35161-100000