NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION
UNITED STATES DISTRICT COURT

FILED
2025 MAR 24 A 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

JOHN HORNBUCKLE
Petitioner,

v.  Case No.: 5:24-cv-8006-LCB

UNITED STATES OF AMERICA,
Respondent,

   Please accept this from the defendant in response to the ORDER received by the defendant at BOP Pensacola Camp as the Court has ORDERED the defendant to provide his current mailing address. The current mailing address is MR. JOHN HORNBUCKLE number 96094-509 Pensacola Federal Prison Camp P.O. Box 3949 Pensacola Florida 32516.

   Also, a re-location notification was mailed to THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION to the retired Honorary Chief Judge L. Scott Cooglar's Clerk of Court prior to Defendant JOHN HORNBUCKLE'S departure/transit from Talladega Federal Prison to Pensacola Florida Federal Prison Camp. In addition a MOTION seeking a 2 POINT REDUCTION was mailed to the Clerk of Court of the same UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION to the attention of Honorary Chief Judge David Proctor due to the fact that the Defendant had not received any NOTIFICATION OF REASSIGNMENT of judge which has now been determined to be Honorable Liles C. Burke for all subsequent pleadings. The Defendant has re-mailed an EMERGENCY MOTION FOR 2 POINT REDUCTION to Honorable Liles C. Burke for consideration of the Court.

Respectfully,

John Hornbuckle

John Hornbuckle
#96094-509
Pensacola FPC
P.O. Box 3949
Pensacola, Florida 32516

UNITED STATES DISTRICT
NORTHERN DISTRICT OF AL
OFFICE OF THE CLERK
Greer M. Lynch
Room 140
1729 5th Avenue North
Birmingham, Alabama 3520




49
, Florida 32516

9589 0710 5270 2298 4185 33

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
OFFICE OF THE CLERK
Greer M. Lynch
Room 140
1729 5th Avenue North
Birmingham, Alabama 35203

S2324N502780-03