UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
OFFICE OF THE CLERK

Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk

FILED

2025 MAR 25 A 10: 56

U.S. DISTRICT COURT
N.D. OF ALABAMA

JOHN HORNBUCKLE
    Plaintiff(s)

v.                                                              Case Number:   5:24-CV-8006-LCB

UNITED STATES OF AMERICA
    Defendant(s)

  Defendant JOHN HORNBUCKLE received the NOTICE OF REASSIGNMENT that this civil action has been reassigned to the Honorable Liles C. Burke. The Defendant has been instructed to please use case number 5:24-CV-8006-LCB on all subsequent pleadings. Previously case number 5:24-CV-8006-LSC with now retired Judge L Scott. Cooglar.

The Defendant was notified of the UNITED STATES MOTION TO EXTEND THE DEADLINE TO ANSWER AND ORDER PRODUCTION OF EVIDENCE for THE DEPARTMENT OF JUSTICE. The Pro Se Defendant JOHN HORNBUCKLE prayerfully asks the Clerk of Court and the Honorable Judge Liles C. Burke of the Northern

District of Alabama to please accept the certified mail and enclosed submission of the initial electronic audio evidence to be entered into the court as evidence and to be copied and socialized by the Clerk of Court to the UNITED STATES OF AMERICA'S Department of Justice and to the United States Attorney PRIM F. ESCALONA serving as authentic evidence for their review. The Defendant moves the Honorary Judge Liles C. Burke and the Clerk of Court, to please consider the submitted evidence as highly pending future preliminary evidentiary hearings.

Enclosed are THREE (3) Partial Audio Recordings of the attorney Max Pulliam and Defendant JOHN HORNBUCKLE;

1. Max Pulliam tells Hornbuckle "You will end up in a G"" Dam" River, if you go up against McCutcheon"

2. Max Pulliam tells Hornbuckle "The Fix is in politically with the judge"

3. Max Pullliam tells Hornbuckle "The US Attorney Jay Town may put attorney Bartley Loftin in a river"

Additional Affidavits, Evidence, Supporting Documentation, Requests, and Motions relative to Healthcare Services confirmations as well as additional supporting evidence will continue being identified, prepared, and authenticated for the court. If the Court so orders, the Defendant can request the involvement of Human Health Services Secretary Mr. Robert F. Kennedy Jr. to review evidence and make official recommendations as the movant in this case proceed. The Defendant as well as others are of the belief that due to the nature of the evidence and threats of violence the Defendant should ask the Court to please consider requesting confidentiality "as well as to remain under seal and to request a special oversight" from the Attorney General Honorary Pam Bondi and Solicitor General Mr. John Sauer who could be copied on these filings per the Court's request.

## CERTIFICATE OF NOTICE OF SERVICE

JUDGE OF THE DISTRICT COURT OF ALABAMA, HONORARY JUDGE LILES C. BURKE UNITED STATES DISTRICT COURT NORTHERN DISTRICT ALABAMA

Because this MOTION is submitted Pro Se it is requested that it be liberally construed in accordance with Haines v. Kerner, 404U.S.C. 519, 529, (1972), and hold Mr. Hornbuckle to less stringent, in standard, than formal pleadings drafted by lawyers. Wherefore the reasons stated, Mr. Hornbuckle amicably PRAY that this Honorable Court GRANT the MOTION as submitted.

## CERTIFICATE OF SERVICE

I, John Scott Hornbuckle, certify that on March 11th 2025, by mail this submission and any exhibits attached were sent to the Clerk of Court's Office to be docketed and by this said office, made electronically available to all attorneys or record including the United States Attorney of the Northern District of Alabama as well as the Honorable Attorney General of The United States of America.

Respectfully Submitted,

John Scott Hornbuckle
Register Number 96094-509
Pensacola FPC
P.O. Box 3949
Pensacola, FL 32516

John Hornbuckle
96094-509
Pensacola FPC
P.O. Box 3949
Pensacola, FL 32516

CASE # 5:24-CV-8006-LCB

EVIDENCE

United States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, AL. 35203
Office of the Clerk
Greer M. Lynch

HANDLE WITH CARE

CASE#5:24-CV-8006-LCB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
OFFICE OF THE CLERK
Sereen M. Lynch
Room 140
1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

U.S. POSTAGE PAID
FCM LG ENV
NEW HOPE, AL 35760
MAR 24, 2025
$10.99
S2324N502780-04
35203

SECURI Retail
MAR 25 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
RDC 99




PRIORITY MAIL
TRACKED INSURED



UNITED STATES POSTAL SERVICE

For Domestic and International Use    Label 107R, May 2014

John Hornbuckle
#96094-509
Pensacola FPC
P.O. Box 3949
Pensacola, Florida 32516



RETURN RECEIPT REQUESTED

U
CC
NC
AL
OF
Gr
Ro
17
B:

RETURN RECEIPT