FILED
2025 Aug-19 AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A





LTE 100

Bartley >

Sep 12, 2018 at 9:15 PM

You're not gonna believe this. My wife drug me to a cRNA dinner where the president of the cRNA association spoke. Guess what? He is on the opioid task force Committee for the state of Alabama. Needless to say I had a discussion with him about what they could do with a program that could let them know what doctors were compliant etc. He wants to meet and look at the software.I'll give you a call tomorrow

iMessage






9:54

LTE 100

Bartley >

they could do with a program that could let them know what doctors were compliant etc. He wants to meet and look at the software.I'll give you a call tomorrow

Let's do it!!!

I have some else you need to see. Was on a call with my cousin n law that developed medsolace. This stuff is crazy. I did a demo this afternoon. He's got the guys that can build it out

Sep 14, 2018 at 3:12 PM

iMessage



9:56
LTE 100
4
BL
Bartley

I need some good meds- just been running crazy. the guys name is JB Ward. Will call him early next week

Oct 12, 2018 at 9:38 AM

JB Ward ever get back with you

Oct 12, 2018 at 2:48 PM

You figure out what I need to pay on Jeremy's bill?

Nothing yet. I am going to cut it

iMessage
Cash

Page 3 of 12





9:57
LTE 100
BL
Bartley
to cut it

Oct 13, 2018 at 6:07 PM

...ases. During his years on the bench, he has served as President of the Alabama Appellate Judges Association and has been officer in both the Alabama District Judges Association and the Alabama Juvenile Judges Association.

Prior to serving on the Court of Appeals, Burke was appointed to be a District Judge for Marshall County. Following this appointment, he was elected to a full term on the district court beginning in 2008 without opposition. During his time as a trial judge, he created Marshall County's first family drug court and started one of the state's first domestic violence courts.

He received his undergraduate and law degrees from the University of Alabama.

Comments

Get to Know the People of Alabama

Chosen by Shelby.
Looks kind of familiar lol

iMessage
Cash

Page 4 of 12







Chosen by Shelby. Looks kind of familiar lol

Might wanna get us a meeting with Shelby.. just saying

That is Sid McDonalds step son. Used to be a district court judge in Marshall county.

Glad ya know him. Gonna b in the northern district

He will be tight with Jay T which is not a bad thing.

9:58
LTE 100
6
BL
Bartley
Oct 24, 2018 at 4:24 PM
Any word back from the crna/task master
Oct 25, 2018 at 1:58 PM
Saw you called. What's up ?
Just got out with AJ. Had a quick question
Give me 10-15 mins
Oct 26, 2018 at 5:14 PM
And we are returning treatment decisions to the hands of trusted local experts on the
iMessage
Cash

Oct 27, 2018 at 2:58 PM

Here are two in the last two months that would infringe on this patent. I sent the quest stuff to Jeremy in September but he never responded. Guess what I need to know is if they are infringing what do we need to do about it? What is the next step? If he doesn't want to mess with it let me know too and I'll get these guys from WSGR to look into it.

https://www.ua.edu/news/2018/10/ua-



10:00 LTE 100

WED 25 TIME SENSITIVE now
Worship
Today at 10:00 AM

Oct 29, 2018 at 10:59 AM

Don't forget to check with Jeremy

Got DAvid Holt looking at it as a fresh eye

Might be our $1M grant...

Oct 29, 2018 at 4:17 PM

Get a response?

Oct 30, 2018 at 2:58 PM

10:00
LTE 100
7
BL
Bartley
?
Any word on potential infringement or anything back from jay
Oct 31, 2018 at 8:51 AM
?
No word on either yet. Stay tuned.
Ok. Just need to know something pretty quick on the IP. Otherwise I gotta get someone to make a move
Strike that got an email from Holt. He says because we have a
iMessage
Cash

Strike that got an email from Holt. He says because we have a provisional we need to put these areas in the full patent app to protect us.

Whatever that means, let's get it done

Do you want to look at taking action to let them know we have filed for a patent?

What do you think we should do? I think we have to do something

Oct 31, 2018 at 2:26 PM



10:01
LTE 100
7
BL
Bartley >
should do? I think we have to do something

Oct 31, 2018 at 2:26 PM

Just had an interesting call with Erica Barnes. She's gonna call you. Just give me a buzz when you get a chance

I just had a call with JB. Have a meeting with him next weds in bham at 2

Yeah. Definitely call me

JB is a fed prosecutor

Give me 30 min. And yes he is

iMessage
Cash

Page 11 of 12

10:01
LTE 100
7
BL
Bartley >
Have a meeting with him next weds in bham at 2
Yeah. Definitely call me
JB is a fed prosecutor
Give me 30 min. And yes he is
I thought he was a CRNA. We gotta strategize. Talk to you in a few
JBis Jays guy on the Task force
Yeah I thought it was the guy that you met at your wife's meeting
iMessage
Cash