FILED
2025 Aug-19 AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B



**Brian Bowman**
6/9/20, 8:07 AM
Complaint

**Siri found updated contact info**
Tommy Spina (205) 939-1330
update…

**tommy@tommysp…**  4:07 PM
To: stevenwmoney@bells… >

I got it. Mr. Town is not a happy camper. Pissed at G. Bartley big time. Thought him saying that was a federal crime. Jay called me this morning. I shared the complaint with him.

Tommy Spina
1330 21st Way South
Suite 200
Birmingham, Al 35205
205. 939. 1330. (o)
205. 933. 0101. (fax)
tommy@tommyspina.com

10:11　　　　　　　.ıl LTE 98

< ❷　　attorney client p...

**From:** Tommy Spina <tommy@tommyspina.com>
**Subject:** Old email
**Date:** December 28, 2021 at 9:12:27 AM CST
**To:** Brian Bowman <orthoplusllc@icloud.com>
**Cc:** Erica Barnes <Ebarnes@maynardcooper.com>

Hey there. Hope you had a good holiday.

 I think when this was written, I was communicating that Jay was pissed that this language had appeared in a publicly filed document. I don't think he really meant that to do so was a federal crime in actuality. It was said " tongue in cheek ". No one thinks it actually is a

   

10:12  ..LTE 98

< 2  **attorney client p...**

I think when this was written, I was communicating that Jay was pissed that this language had appeared in a publicly filed document. I don't think he really meant that to do so was a federal crime in actuality. It was said " tongue in cheek ". No one thinks it actually is a federal crime for Bartley to " puff" about a relationship with the USA.

Tommy Spina
1330 21st Way South
Suite 200
Birmingham, Al 35205
205. 939. 1330. (o)