FILED
2025 Aug-19 AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

 Gmail

John Hornbuckle <qbrdx.jhornbuckle@gmail.com>

## Services Agreement Review and Letter of Opinion - QBR, LLC
6 messages

**Chris McCutcheon** <qbrdx.cmccutcheon@gmail.com>  
To: c.mac.mccutcheon@gmail.com  
Cc: John Hornbuckle <qbrdx.jhornbuckle@gmail.com>, Robert Hornbuckle <rob.hornbuckle2009@gmail.com>

Mon, Jan 30, 2012 at 1:30 PM

Mr. McCutcheon,

We, as QBR representatives, are presenting this services agreement to you for review and stated opinion from the State Attorney General's office. We would like to receive the assessment from the AG's office in order to ensure that we operating within the specified guidelines of the medical industry as well as the State of Alabama. Please pass this agreement to state personnel and advise when completed so that we can move forward with the current agreement or make the required changes to do so. Thank you for your assistance.

Respectfully,

Chris McCutcheon  
Vice President, QBR-LLC  
P.O. Box 6289  
Huntsville, AL  35813  
256.489.5273 - office  
256.682.6112 - mobile

📄 SERVICESAGREEMENTV5.docfinal.doc  
47K

---

**John Hornbuckle** <qbrdx.jhornbuckle@gmail.com>  
To: Chris McCutcheon <qbrdx.cmccutcheon@gmail.com>

Mon, Jan 30, 2012 at 5:00 PM

Terrific  
[Quoted text hidden]

--  
John Hornbuckle  
[Quoted text hidden]

---

**John Hornbuckle** <qbrdx.jhornbuckle@gmail.com>  
To: John Hornbuckle <hornbuckle.john@gmail.com>

Wed, Nov 12, 2014 at 11:47 AM

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

📄 SERVICESAGREEMENTV5.docfinal.doc  
47K

---

**John Hornbuckle** <qbrdx.jhornbuckle@gmail.com>

Wed, Nov 2, 2016 at 2:58 PM